Timothy A. Lukas, Esq. (NV Bar #4678)
Tamara Reid, Esq. (NV Bar #9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel:  (775) 327-3000
Fax: (775) 786-6179
tlukas@hollandhart.com
treid@hollandhart.com
*Attorneys for Naples Polaris, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NAPLES POLARIS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VAL PETERSON, an individual; EUGENE CLEVELAND CANEPA, an individual; and WESTERN PROPERTIES OF NEVADA, LLC, a Nevada limited liability company; UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF TIMOTHY A. LUKAS IN SUPPORT OF COMPLAINT FOR INTERPLEADER** |

I, Timothy A. Lukas, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and a Partner in the law firm of Holland & Hart LLP, attorneys for Naples Polaris, LLC ("Naples Polaris"). I have personal knowledge of the matters set forth in this Declaration except those matters stated on information and belief, and I believe them to be true.

2. I make this Declaration in support of Naples Polaris' Complaint For Interpleader.

3. A search of the Nevada Secretary of State's office website for business entities showed multiple entities named Western Properties, LLC and one entity named Western Properties of Nevada, LLC. See **Exhibit 1**, a true and correct copy of the search results.  Only Western Properties of Nevada, LLC appears to have a connection to Eugene C Canepa.  *See*

1

1  **Exhibit 2**, a true and correct copy of the search results.

2      4.    On or about March 19, 2018, I received a letter from the law offices of Peckar & Abramson making demand for payment for Mr. Val Peterson of certain funds Naples Polaris may owe to "Western Properties." *See* **Exhibit 3** for a true and correct copy of the letter received. The undersigned wrote Mr. Hanover in response to his demand and did not receive any further response. *See* **Exhibit 4**.

    5.    In response to a subpoena request for documents in a different action, Mr. Canepa produced a document showing he had an Internal Revenue Service Federal Tax Lien filed against him on October 11, 2010, and it allegedly remains unsatisfied. *See* **Exhibit 5**.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of September, 2013.

                                        /s/ Timothy A. Lukas

6407403_1.DOCX

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

**EXHIBIT "1"**

**EXHIBIT "1"**

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

| Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services |

My Data Reports   Commercial Recordings   Licensing

## Nevada Business Search
*Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses*

Search by [Entity Name:] western properties

☐ Include phonetic matches

Sort by [Relevance] ⦿ descending ○ ascending order

Search Tips

[Search]

### Search Results 1 - 35 of 35 search results

| Entity Name | NV Business ID | Status | Type |
|---|---|---|---|
| WESTERN PROPERTIES INC. | NV20101341599 | Revoked | Domestic Corporation |
| WESTERN PROPERTIES LLC | NV20031134554 | Dissolved | Domestic Limited-Liability Company |
| WESTERN PROPERTIES, INC. | NV19981299737 | Permanently Revoked | Domestic Corporation |
| WESTERN PROPERTIES, LLC | NV20121244927 | Active | Domestic Limited-Liability Company |
| WESTERN PROPERTIES DEVELOPERS LLC | | Expired | Reserved Name |
| WESTERN PROPERTIES DEVELOPERS LLC | NV20061467005 | Revoked | Domestic Limited-Liability Company |
| WESTERN PROPERTIES GROUP INTERNATIONAL, INC. | NV20101087244 | Active | Domestic Corporation |
| WESTERN PROPERTIES GROUP, INC. | NV20041419169 | Permanently Revoked | Domestic Corporation |
| WESTERN PROPERTIES HOLDING GROUP LLC | NV20111322313 | Default | Domestic Limited-Liability Company |
| WESTERN PROPERTIES INVESTMENTS LLC | NV20071527609 | Revoked | Domestic Limited-Liability Company |
| WESTERN PROPERTIES INVESTMENTS, INC. | NV20011378036 | Permanently Revoked | Domestic Corporation |
| WESTERN PROPERTIES MANAGEMENT LIMITED PARTNERSHIP | NV19901007225 | Permanently Revoked | Foreign Limited Partnership |
| WESTERN PROPERTIES OF NEVADA, LLC | NV20021002801 | Revoked | Domestic Limited-Liability Company |
| 11 WESTERN PROPERTIES MANAGEMENT, LLC | NV20111764188 | Active | Domestic Limited-Liability Company |
| 1701 WESTERN PROPERTIES, LLC | NV20071708627 | Active | Domestic Limited-Liability Company |
| AMERICAN WESTERN PROPERTIES | NV19921047497 | Dissolved | Domestic Corporation |
| C & W WESTERN PROPERTIES LLC | NV20081597993 | Revoked | Domestic Limited-Liability Company |
| CCA WESTERN PROPERTIES, INC. | NV20081315211 | Active | Foreign Corporation |
| CHASE-WESTERN PROPERTIES, INC. | NV19861013863 | Dissolved | Domestic Corporation |
| | | Permanently | |

| Name | Entity Number | Status | Type |
|---|---|---|---|
| COLUMBIA WESTERN PROPERTIES, INC. | NV19971279957 | Revoked | Domestic Corporation |
| COPIA WESTERN PROPERTIES, INC. | NV20081352314 | Active | Domestic Corporation |
| FEDERATED WESTERN PROPERTIES, INC. | NV19991170293 | Merge Dissolved | Foreign Corporation |
| FIVESTAR WESTERN PROPERTIES, LLC | NV20061315112 | Permanently Revoked | Domestic Limited-Liability Company |
| GREAT WESTERN PROPERTIES INC. | NV19631000199 | Permanently Revoked | Domestic Corporation |
| GREAT WESTERN PROPERTIES, INC | NV20121306055 | Active | Foreign Corporation |
| GREAT WESTERN PROPERTIES, LLC | NV20051265573 | Revoked | Domestic Limited-Liability Company |
| MAIN - WESTERN PROPERTIES LIMITED PARTNERSHIP | NV19921007419 | Cancelled | Domestic Limited Partnership |
| NORTHWESTERN PROPERTIES GROUP, INC. | NV19921051097 | Permanently Revoked | Domestic Corporation |
| OASIS WESTERN PROPERTIES, INC. | NV20011318739 | Dissolved | Domestic Corporation |
| PACIFIC WESTERN PROPERTIES, LLC | NV20011125022 | Revoked | Domestic Limited-Liability Company |
| PREMIER WESTERN PROPERTIES, LLC | NV20011079543 | Permanently Revoked | Domestic Limited-Liability Company |
| R & C WESTERN PROPERTIES, LLC | NV20071381167 | Revoked | Domestic Limited-Liability Company |
| RIOS WESTERN PROPERTIES, INC. | NV19971117014 | Revoked | Domestic Corporation |
| SOUTHWESTERN PROPERTIES, LLC | NV20011103537 | Active | Domestic Limited-Liability Company |
| UNITED WESTERN PROPERTIES, LLC | NV20081595906 | Active | Domestic Limited-Liability Company |

1

NOTE: This website has been tested to work with Microsoft Internet Explorer 7 or 8 and Mozilla Firefox 3 or greater.



Data in this system may be up to fifteen minutes behind actual filings in the Secretary of State's office. In order to optimize the business search experience for all our customers, the automated and/or systematic collection of data from this website is strictly prohibited.

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

**EXHIBIT "2"**

**EXHIBIT "2"**

# WESTERN PROPERTIES OF NEVADA, LLC

## Business Entity Information

| Status: | Revoked | File Date: | 1/15/2002 |
|---|---|---|---|
| Type: | Domestic Limited-Liability Company | Entity Number: | LLC458-2002 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2009 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20021002801 | Business License Exp: | |

## Registered Agent Information

| Name: | EUGENE CANEPA | Address 1: | 240 E PLAZA |
|---|---|---|---|
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89501 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

## Officers

☐ Include Inactive Officers

### Managing Member - VAL PETERSON

| Address 1: | 240 E PLAZA | Address 2: | |
|---|---|---|---|
| City: | RENO | State: | NV |
| Zip Code: | 89501 | Country: | |
| Status: | Active | Email: | |

### Manager - EUGENE C CANEPA

| Address 1: | 240 E PLAZA | Address 2: | |
|---|---|---|---|
| City: | RENO | State: | NV |
| Zip Code: | 89501 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | LLC458-2002-001 | # of Pages: | 4 |
| File Date: | 1/15/2002 | Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC458-2002-003 | # of Pages: | 2 |
| File Date: | 2/7/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC458-2002-002 | # of Pages: | 1 |
| File Date: | 1/22/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050377233-02 | # of Pages: | 1 |
| File Date: | 8/19/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | 20060028266-22 | # of Pages: | 2 |
| File Date: | 1/19/2006 | Effective Date: | |
| 1/19/06 RENO CARSON 1FSC | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060055000-98 | # of Pages: | 1 |
| File Date: | 1/31/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070057831-03 | # of Pages: | 1 |
| File Date: | 1/25/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Resignation | | |
| Document Number: | 20070269193-69 | # of Pages: | 1 |
| File Date: | 4/17/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20070359016-33 | # of Pages: | 1 |
| File Date: | 5/22/2007 | Effective Date: | |
| LATE | | | |
| Action Type: | Amended List | | |
| Document Number: | 20070365903-05 | # of Pages: | 1 |
| File Date: | 5/29/2007 | Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Amended List | | |
| Document Number: | 20070370055-49 | # of Pages: | 1 |
| File Date: | 5/30/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080096175-98 | # of Pages: | 1 |
| File Date: | 2/11/2008 | Effective Date: | |
| (No notes for this action) | | | |

**EXHIBIT "3"**

**EXHIBIT "3"**



# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

1875 Century Park East
Suite 550
Los Angeles, CA 90067
tel  310.228.1075
fax  310.228.1076

New York

New Jersey

Miami

San Francisco

Los Angeles

Orange County

Washington, D.C.

Chicago

Atlanta

London

www.pecklaw.com

**VIA OVERNIGHT DELIVERY**

March 18, 2013

Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane
Second Floor
Reno, Nevada  89511

RE:    <u>Galardi v. Naples Polaris</u>, et al.,
         **Nevada Supreme Court, Case No. 58261**
         **Notice of Lien of Val Peterson**

Dear Mr. Lukas:

Please be advised that this office, and particularly the undersigned, represents Val Peterson in connection with his claim on the proceeds of the <u>Galardi v. Naples Polaris</u>, et al. matter.

Originally, Western Properties had a lien on the proceeds in the amount of three hundred thousand dollars ($300,000).  As Cleve Canepa has acknowledged, the Western Properties interest has now been assigned to Val Peterson.

Please be advised that the Western Properties interest in the proceeds should now be distributed to Val Peterson and to no other.

If you have any questions, please contact me.

Very truly yours,

John D. Hanover

JDH
cc:    Mr. Val Peterson (via email)



59687.1

**EXHIBIT "4"**

**EXHIBIT "4"**



# HOLLAND&HART

**Timothy A. Lukas**
Phone 775-327-3000
Fax 775-786-6179
tlukas@hollandhart.com
75327.0061

March 25, 2013

**VIA Facsimile and Regular U.S. Mail**

John D. Hanover
Peckar & Abramson
1875 Century Park East
Suite 550
Los Angles, CA 90067

    Re:    Western Properties
              Galardi v. Naples Polaris, et al.
              Nevada Supreme Court Case No. 58261

Dear Mr. Hanover:

    I am writing to you in response to your letter dated March 18, 2013, claiming on behalf of Mr. Val Peterson to receive distribution of certain litigation proceeds, should there be any, related to the French Quarter bankruptcy case and Western Properties. Your letter makes no sense to me and is not any form of a legal entitlement to funds.

    Under the Settlement Agreement dated August 26, 2008, that Mr. Peterson (where you acted as his counsel) executed along with many others, and approved by the United States Bankruptcy Court for the District of Nevada on September 8, 2008, Western Properties had a right to receipt of certain funds from Naples Polaris' successful conclusion of a lawsuit against Birdie LLC and/or Mr. Galardi (pages 13-15). I am going to assume you retained a copy of these documents for your records, so I will not reproduce them at this time. Should Naples Polaris receive funds from the pending Nevada Supreme Court appeal you have referenced above (brought because of the judgment Naples Polaris' obtained against Birdie LLC and Mr. Galardi), it will make the distributions as provided in the court approved Settlement Agreement. If Naples Polaris receives proper legal notice that somehow modifies its distribution obligations, then it will take action accordingly.

                              Sincerely,

                                Timothy A. Lukas
                                of Holland & Hart LLP

TAL:lf
Cc:    client

6111158_1.DOCX

Holland & Hart LLP Attorneys at Law
Phone (775)327-3000  Fax (775)786-6179  www.hollandhart.com
5441 Kietzke Lane Second Floor Reno, NV 89511
Aspen Billings Boise Boulder Carson City Cheyenne Colorado Springs Denver Denver Tech Center Jackson Hole Las Vegas Reno Salt Lake City Santa Fe Washington, D.C.

**EXHIBIT "5"**

**EXHIBIT "5"**

| Form 668 (Y)(c) (Rev. February 2004) | 10182 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | | Serial Number<br>704933610 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  EUGENE C CANEPA

Residence  PO BOX 11325
ZEPHYR, NV 89448

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 12/31/2008 | XXX-XX-5369 | 07/05/2010 | 08/04/2020 | 880.57 |
| 6672 | 03/31/2009 | XXX-XX-5369 | 07/05/2010 | 08/04/2020 | 54075.49 |
| 6672 | 06/30/2009 | XXX-XX-5369 | 07/05/2010 | 08/04/2020 | 56438.03 |
| 6672 | 09/30/2009 | XXX-XX-5369 | 07/05/2010 | 08/04/2020 | 40878.80 |

Place of Filing
COUNTY RECORDER
DOUGLAS COUNTY
MINDEN, NV 89423

Total  $  152272.89

This notice was prepared and signed at  SEATTLE, WA , on this,

the  28th  day of  September , 2010 .

Signature  K. A. Mitchell
for WILLIAM W LEGARE

Title  REVENUE OFFICER  (775) 325-9344    26-07-3708

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X