Timothy A. Lukas, Esq. (NV Bar #4678)
Tamara Reid, Esq. (NV Bar #9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel:   (775) 327-3000
Fax:  (775) 786-6179
tlukas@hollandhart.com
treid@hollandhart.com

*Attorneys for Naples Polaris, LLC*

FILED ✓     RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 1 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NAPLES POLARIS, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>VAL PETERSON, an individual; EUGENE CLEVELAND CANEPA, an individual; and WESTERN PROPERTIES OF NEVADA, LLC, a Nevada limited liability company; UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;<br><br>          Defendants. | Case No. 3:13-CV-00511<br><br>**CERTIFICATE OF CASH DEPOSIT** |

Pursuant to LR67-1, Plaintiff Naples Polaris, LLC ("Naples Polaris"), states as follows:

1. The amount of $300,000.00 is tendered for deposit into the Registry Account of this Court.

2. This cash deposit:

   a) Is tendered on behalf of Naples Polaris.

   b) Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.): <u>Interpleader Deposit.</u>

   c) Is tendered pursuant to the following Statute, Rule or Court Order: <u>28 U.S.C. § 1335, Fed. R. Civ. P. 67, LR 67-1;</u>

   d) Is conditioned as follows: <u>NONE.</u>

1

3. The name and address of the legal owner of the cash tendered herewith to whom a refund (if applicable) shall be made is: Naples Polaris, LLP, c/o Holland & Hart, LLP, 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511.

DATED this 18th day of September 2013.

HOLLAND & HART, LLP

*Tamara Reid*

Timothy A. Lukas, Esq.
Tamara Reid, Esq.
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Naples Polaris, LLC*

RECEIPT:

Cash as identified herein is hereby acknowledged as being received this date

Dated: 9/18/2013

for LANCE S. WILSON
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

6408824_1.DOCX

Paid Amt $ 300,000.00   Date 9/18/2013
NVRNO Receipt # 0-1883   Initials KMR

2