UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| NAPLES POLARIS, | ) | 3:13-CV-0511-RCJ-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATED: December 18, 2013 |
| | ) | |
| VAL PETERSON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:        Lisa Mann          Court Reporter:        FTR

Counsel for Plaintiff(s):        Timothy Lukas and Tamara Reid

Counsel for Defendant(s):        Richard Salvatore

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:02 a.m.  Court convenes.

     The Court addresses the parties regarding the purpose of this hearing and notes that counsel for the government and counsel for the proposed intervenor are not present at this proceeding.

     The Court further notes since those who ought to be present are not, this case management conference is continued to **Friday, February 28, 2014** at **9:00 a.m.**  Counsel shall file a joint or separate case management report by no later than the close of business on **Tuesday, February 25, 2014**.

     The Court advises plaintiff will not be required to appear at the February case management conference nor will the plaintiff be required to prepare a case management report or a discovery plan and scheduling order unless the circumstances of this case change.

Naples Polaris v. Val Peterson, et al.
3:13-CV-0511-RCJ-VPC
December 18, 2013
Page 2

With respect to the defendants and proposed intervenor, the Court advises all those who have an interest in this case are expected to appear at the case management conference set for February 28, 2014 at 9:00 a.m.

IT IS SO ORDERED.

9:11 a.m.  Court adjourns.

LANCE S. WILSON, CLERK


By:_____/s/_____
     Lisa Mann, Deputy Clerk