Timothy A. Lukas, Esq. (NV Bar #4678)
Tamara Reid, Esq. (NV Bar #9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
tlukas@hollandhart.com
treid@hollandhart.com
*Attorneys for Naples Polaris, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NAPLES POLARIS, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>VAL PETERSON, an individual; EUGENE CLEVELAND CANEPA, an individual; and WESTERN PROPERTIES OF NEVADA, LLC, a Nevada limited liability company; UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;<br><br>        Defendants. | Case No.: 3:13-cv-00511-RCJ-VPC<br><br>**PLAINTIFF'S MOTION FOR DISCHARGE AND DISMISSAL WITH PREJUDICE** |

Plaintiff Naples Polaris, LLC ("Naples Polaris"), through its attorneys, Holland & Hart LLP, hereby moves this Court to be dismissed from this action with prejudice. This Motion is based on the following:

1. On September 8, 2008, the United States Bankruptcy Court for the District of Nevada entered an order approving a settlement in the French Quarter bankruptcy case, Case No. 07-51126. The Bankruptcy Court's order confirms a settlement agreement fully executed and filed with the Court on August 27, 2008 ("Settlement Agreement").

2. Pursuant to the Settlement Agreement, Naples Polaris agreed to pursue certain claims assigned to it by the Trustee against third-parties, subject to an obligation and reservation in favor of Western Properties of Nevada, LLC in the amount of the first $300,000.00 of recovery, net of related fees and costs.

3. Naples Polaris ultimately obtained a recovery against the third-parties and seeks to fully discharge its obligations with respect to the reserved $300,000.00 amount as set forth in the Settlement Agreement.

4. Naples Polaris filed its Complaint for Interpleader on September 17, 2013 seeking a determination by the Court as to the proper legal payee for the $300,000.00 (the "Funds").

5. Naples Polaris deposited the Funds with the Clerk of the Court. [Doc. 3]

6. Naples Polaris believes Western Properties of Nevada, LLC to be the proper entity entitled to Funds. However, there have been conflicting claims to the Funds and/or circumstances exist which may put the Defendants in the position of asserting an interest in the Funds.

7. As explained in more detail in its Complaint for Interpleader, Val Peterson, Eugene Cleveland Canepa, Western Properties of Nevada, LLC, and the United States Department of the Treasury, Internal Revenue Service may have an interest in the Funds. *See* Complaint. [Doc. 1]

8. Naples Polaris filed its Complaint for Interpleader so that the claimants can resolve their conflicting claims to the Funds, and so that Naples Polaris will not be exposed to multiple liabilities with respect to the distribution of the Funds.

9. All Defendants have been served with a copy of the Summons and Complaint for Interpleader. [Docs. 12-15]

10. Pursuant to 28 USC §2361, this Court may discharge Naples Polaris from further liability in interpleader actions such as this one.

11. In depositing the Funds with this Court and serving Defendants with the Complaint, Naples Polaris has fully complied with its obligations to reserve and pay the $300,000.00 as set forth in the Settlement Agreement and therefore seeks to be discharged from all further liability whatsoever to any of the Defendants or any other claimants with respect to the Funds.

///

12. Upon discharge from this case, Naples Polaris will waive its rights to seek attorney's fees and costs related to this interpleader action and will not be submitting any application for award of the same.

13. Accordingly, Naples Polaris' participation in this matter is not necessary and Naples Polaris seeks to be discharged from further liability pursuant to 28 USC §2361.

WHEREFORE, Naples Polaris requests the Court order:

1. That by depositing the Funds with this Court, Naples Polaris is discharged from its obligations pursuant of the Settlement Agreement and in accordance with 28 USC §2361, from all liability to any and all parties and/or other actual or potential claimants with respect to the Funds;

2. Defendants are enjoined and restrained from instituting any action or proceeding in any state or United States court against Naples Polaris relating to the Funds; and

3. That Naples Polaris is dismissed with prejudice from this action.

DATED this 22nd day of January 2014

HOLLAND & HART, LLP

/s/ Tamara Reid
Timothy A. Lukas, Esq.
Tamara Reid, Esq.
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Naples Polaris, LLC*

6470329_3

## PROOF OF SERVICE

I, Cynthia L. Kelb, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Holland & Hart LLP. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On January 22, 2014, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR DISCHARGE AND DISMISSAL WITH PREJUDICE**, with the Clerk of the United States District Court, via the Court's e-filing system.

☒ I certify that the participants in the case are registered e-filing users and that service will be accomplished by e-filing to the following e-filing participants:

| | |
|---|---|
| Del Hardy, Esq.<br>Stephanie Rice, Esq.<br>Richard A. Salvatore, Esq.<br>Hardy Law Group<br>96 & 98 Winter Street<br>Reno, Nevada 89503<br>del@hardylawgroup.com<br>stephanie@hardylawgroup.com<br>rsalvatore@hardylawgroup.com<br>Facsimile: 775-322-2303<br><br>Attorneys for Interpleader-Defendants, Eugene Cleveland Canepa and Western Properties of Nevada, LLC | Kathryn Keneally, Assistant Attorney General<br>Virginia Cronan Lowe, Esq.<br> Trial Attorneys, Tax Division<br>Daniel Bogden, Of Counsel, U.S. Attorney<br>U.S. Department of Justice<br>Post Office Box 301<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>virginiacronan.lowe@usdoj.gov<br>Facsimile: 202-307-0054<br><br>Gregory W. Addington, Esq.<br>U.S. Attorney's Office<br>100 West Liberty Street, Suite 600<br>Reno, Nevada 89501<br>greg.addington@usdoj.gov<br>Facsimile: 775-784-5181<br><br>Attorneys for the United States of America, United States Department of the Treasury, Internal Revenue Service |
| John L. Arrascada, Esq.<br>Arrascada & Aramini, Ltd.<br>145 Ryland Street<br>Reno, Nevada 89501<br>jla@arrascadalaw.com<br>Facimile: 775-329-1253<br><br>Attorneys for Parties-in-Interest Oscar Renteria, Denise Renteria and the Renteria Family Trust | |

-4-

☒ I certify that some of the participants in the case are not registered e-filing users and on the 22nd day of January 2014, I served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR DISCHARGE AND DISMISSAL WITH PREJUDICE,** by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

| | |
|---|---|
| John D. Hanover, Esq.<br>Peckar & Abramson<br>1875 Century Park East, Suite 550<br>Los Angeles, CA 90067<br>jhanover@pecklaw.com<br>Facsimile: 310-228-1076<br><br>Attorneys for Defendant Val Peterson | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 22, 2014.

/s/ Cynthia L. Kelb
Cynthia L. Kelb

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511