UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NAPLES POLARIS, INC., | ) | 3:13-CV-0511-RCJ  (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 14, 2014 |
| VAL PETERSON, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Trench Shoring Services, Inc. filed a motion to intervene pursuant to FRCP 24 (#34). No opposition was filed (#49). Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

Trench Shoring Services, Inc.'s motion to intervene pursuant to FRCP 24 (#34) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
Deputy Clerk